# RICHARD PALMA
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**  
**NEW YORK & FLORIDA**

TEL. (212) 686-8111  
FAX. (212) 202-7800  
E-MAIL: rpalma177@gmail.com

December 28, 2020

**ECF Filed**

The Honorable Kimba M. Wood, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

RE:  **U.S. v. Jaylen Scott-King, Dkt. No. 17 Cr. 487 (KMW)**
**Defense Request for CJA Appointment to file Motion for Compassionate Release under 18 USC §3582.**

Dear Judge Wood:

This is a defense request respectfully seeking a CJA appointment to Mr. Jaylen Scott-King who wishes to file a motion for compassionate release pursuant to 18 USC §§3582 (c)(1)(A). As Your Honor may recall, I was Mr. Scott-King's court-appointed counsel at the time of his arrest and prosecution. He was sentenced by Your Honor to 60 months' incarceration on September 19, 2018 and is currently imprisoned at FCI Fort Dix, New Jersey. I write now to seek appointment so that I may permitted to apply for payment for my services under the CJA plan.

**GRANTED -KMW**

Thank you.

Respectfully submitted,

s/ Richard Palma

Richard Palma (Bar No. RP 4441)

**SO ORDERED.**
**Dated: New York, NY**
**December 29, 2020**

*/s/ Kimba M. Wood*
**KIMBA M. WOOD**
**United States District Judge**