```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/17/21_____
```

**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**
**NEW YORK & FLORIDA**

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

February 16, 2021

ECF Filed

The Honorable Kimba M. Wood, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

RE:   U.S. v. Jaylen Scott-King, Dkt. No. 17 Cr. 487 (KMW)
      Defense Request to file Supplemental Motion to Government Oppoistion to
      Compassionate Release under 18 USC §3582.

Dear Judge Wood:

    In light of the Government's recent disclosure, Dkt. Report, Doc. 305 p. 4, that according to the BOP Mr. Jaylen Scott-King tested positive for COVID-19 virus on January 5, 2021, we respectfully request permission to file a supplemental motion in support of our motion for Compassionate Release under 18 U.S.C. §3582.   **Granted -KMW**

    Thank you.

Respectfully submitted,

s/ Richard Palma

Richard Palma (Bar No. RP 4441)

**Defendant may supplement his motion for compassionate release (ECF No. 302) on or before February 26, 2021.**

**The Government may respond to Defendant's supplemental submission on or before March 5, 2021.**

**SO ORDERED.**

**Dated:  New York, NY**
**February 17, 2021**

    _____/s/ Kimba M. Wood_____
**THE HONORABLE KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**