UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 31, 2025

UNITED STATES OF AMERICA

           v.

17-CR-487 (KMW)

**<u>ORDER</u>**

JAYLEN SCOTT-KING,

                   Defendant.

-----------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      Sentencing on the violation of supervised release, currently scheduled for September 9,

2025, is adjourned to Tuesday, September 16, 2025, at 4:30 p.m.  Any submissions by the parties

are due by September 9, 2025.

      SO ORDERED.

Dated: New York, New York
      July 31, 2025

                                _____*/s/ Kimba M. Wood*_____
                                  KIMBA M. WOOD
                           United States District Judge